# UNITED STATES DISTRICT COURT
## District of Minnesota

Juan Carlos Almache-Tipan,

Petitioner,

v.

Pam Bondi, Kristi Noem, Todd Lyons, David Easterwood, Eric Tollefson,

Respondents.

## JUDGMENT IN A CIVIL CASE

Case Number: 26-cv-1620 JRT/DLM

---

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

The Court's Memorandum Opinion and Order [6] has been satisfied. This case is **DISMISSED.**

Date: 3/16/2026

KATE M. FOGARTY, CLERK